_____
Honorable Laurel E. Davis
United States Bankruptcy Judge



**Entered on Docket**
**March 17, 2014**

_____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re: SILVER STATE BANCORP. ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) <br> Debtor (s) ) | Bankruptcy No.: 09-10069-led <br> Chapter 7 <br><br> Hearing Date: NA <br> Hearing Time: NA |

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore, it is hereby

ORDERED that the amount of $435.93 constituting an unclaimed dividend is declared due to Kolesar & Leatham, CHTD.

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of

Kolesar & Leatham. CHTD
c/o Nile Leatham, ESQ.
400 South Rampart Blvd. #400
Las Vegas, NV 89145

###